1

2                        UNITED STATES  DISTRICT COURT

3                         Northern District of California

4

5    ELAINA SERROTE                          No. C 11-01674 MEJ

6                     Plaintiff(s),          **ORDER DIRECTING DEFENDANT
                                             TO SUBMIT CHAMBERS COPIES IN**
7          v.                                **COMPLIANCE WITH GENERAL
                                             ORDER 45 AND THE COURT'S**
8    MARIN COUNTY                            **STANDING ORDERS**

9    _____/       Defendant(s).

10

11          On May 9, 2011, Defendant electronically filed a motion to dismiss.  (Dkt. #6.)  However,

12   Defendant failed to comply with General Order 45 and the Court's Standing Orders by not

13   delivering to the Clerk's Office "no later than noon on the business day following the day that the

14   papers are filed electronically, one paper copy of each document that is filed electronically . . .

15   marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and

16   'Chambers Copy-Do Not File.'"  *See* General Order 45 § VI.G; *see also* Case Management Standing

17   Order, Magistrate Judge Maria-Elena James, ¶ 6.  Defendant shall immediately submit a chambers

18   copy of the above-referenced documents.  **ALL CHAMBERS COPIES OF ELECTRONICALLY**

19   **FILED DOCUMENTS MUST INCLUDE (1) ON EACH PAGE THE RUNNING HEADER**

20   **CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB**

21   **DIVIDERS.**

22          **IT IS SO ORDERED.**

23

24   Dated: May 12, 2011                      _____

25                                            Maria-Elena James
                                             Chief United States Magistrate Judge
26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**